UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Docket No. 3:03-CR-00190(JCH) |
| | : | |
| RICARDO ETIENNE | : | November 5, 2004 |

MOTION TO WITHDRAW APPEARANCE

To the Clerk of the Court and all parties of record, please withdraw the appearance of Christopher W. Schmeisser, Assistant United States Attorney, as counsel for the United States of America in the above-referenced case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/s/ CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
915 Lafayette Boulevard Room 309
Bridgeport, Connecticut   06604
(203) 696-3000
Federal Bar No. ct14806

<u>CERTIFICATE OF SERVICE</u>

     This is to certify that a copy of the within and foregoing was mailed this 5th day of November, 2004 to:

Thomas P. Belsky, Esq.
Federal Public Defender's Office
2 Whitney Avenue, Suite 300
New Haven, CT 06510

                                               /s/ CHRISTOPHER W. SCHMEISSER
                                               ASSISTANT UNITED STATES ATTORNEY