UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR190(JCH) |
| RICARDO ETIENNE | : | December 17, 2004 |

### MOTION TO ATTACH

The Defendant, Ricardo Etienne, through counsel, respectfully moves to submit the attached affidavit as an exhibit in this case. Counsel intends to refer to this affidavit during the evidentiary hearing currently scheduled for December 21, 2004, at 9:30 a.m.

Respectfully submitted,

THE DEFENDANT,
RICARDO ETIENNE

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: December 17, 2004

Thomas P. Belsky
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing has been mailed to Krishna Patel, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this ___ day of December 2004.

Thomas Belsky

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIM. NO. 3:03CR190(JCH) |
| RICARDO ETIENNE : | DECEMBER 16, 2004 |

## **AFFIDAVIT OF MARJORIE ROC**

I, Marjorie Roc, do declare under the penalty of perjury, that the following information is true and accurate to the best of my recollection:

(1) I am Ricardo Etienne's fiancee. We have three children together, Rickya, age 9, Rickah, age 6, and Rinaya, age 2.

(2) Ricardo and I met in 1991, when Ricardo was 17 years old. We originally were neighbors, living across the street from each other, and Ricardo was friends with my older sister. Ricardo lived with his mother and his younger brother. He was a "good kid," and had a very good relationship with his family.

(3) We quickly began dating. Ricardo was very good to me. He was respectful, kind, and affectionate. In 1994, we moved in together into our own apartment. That year I gave birth to our first child, Rickya.

(4) In an effort to support our new family, Ricardo and I both worked, alternating our schedules so one of us could be home with Rickya. When we could not coordinate this, Rickya would stay either with my parents or Ricardo's mother, as our families were very close. Both Ricardo and I needed to work to support ourselves and Rickya. During this time Ricardo worked for a Marriott Hotel in Stamford, as well as a U-haul rental truck facility and a number a gas stations. Ricardo also began taking a college course in computers, but had to drop the course because of financial difficulties.

(5) During this time, Ricardo kept a very good relationship with his mother and brother. He was a very good son. His mother raised him in the Roman Catholic faith, and although he

often worked weekends, Ricardo would try to attend mass whenever he could.

(6) Ricardo's deportation created a tremendous hardship for me and our children. Although he was incarcerated before his deportation, we knew this was temporary and could have managed for that period knowing Ricardo would eventually come home and help supporting the family again. With his deportation, however, things became very tough financially. I had trouble paying rent and meeting expenses. I ultimately lost our apartment and had to move into a smaller apartment. I also had to rent one of the rooms to strangers, just to make enough money to pay the bills. Additionally, it became very expensive to buy plane tickets for myself and the children to visit Ricardo while he was in Haiti. This was simply one more financial burden that I could not bear, and because of this I had to move in with my parents, and eventually into "Section 8" housing. The apartment I live in now is in a much higher crime area than where Ricardo and I lived before his deportation.

(7) Ricardo's deportation also had an extreme emotional impact on the family as well. Ricardo is a "perfect dad." The children love him very much and miss being with him, especially Rickya who knows him the most. He would always make time to play with the children, and never yelled at them. I would take the children to visit Ricardo while he was incarcerated, and they enjoyed spending the time with him. It was especially difficult for me and Rickya to leave Ricardo after our visits in Haiti.

(8) I also know that it was a hardship for Ricardo to be deported. He had basically spent all his life in Connecticut, and was not accustomed to life in Haiti. When Ricardo first arrived in Haiti in August of 2000, he was actually placed in jail for several months before being released. The area where Ricardo lived while in Haiti was very poor, there were really no jobs available, and there was a lot of crime. Ricardo could not find work while there, but with the help of his father did complete an additional college class.

(9) If it were possible, I would very much like to have Ricardo live with us again. I love him very much, and I know the children love him as well. He is a great father, and very good to me. Also, his income is necessary for us to live an independent life.

      I declare under the penalty of perjury that the foregoing is true to the best of my recollection.

Dated this 12-17-04 day of December, 2004.

                                                        _____
                                                        MARJORIE ROE