UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V                                                                          3:03cr190JCH

RICARDO ETIENNE

## JUDGMENT

The indictment filed against Ricardo Etienne is dismissed on the order of the Court, nunc pro tunc to January 14, 2005.

Dated at Bridgeport, Connecticut this 9th day of March, 2005.

   /s/Janet Hall
Janet C. Hall
United States District Judge