# NOTICE OF APPEAL
## United States District Court
## District of Connecticut

**United States**

v.

**Ricardo Etienne**  Docket No. **3:03-CR-190 (JCH)**

　　　　　　　　　　　　　　　　　　　　　　　　**Janet C. Hall**
　　　　　　　　　　　　　　　　　　　　　　　　(District Court Judge)

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Second Circuit from the judgment entered on March 9, 2005 dismissing the indictment.

Offense occurred after November 1, 1987.　　Yes **[ X ]**　　No [ __ ]

This appeal concerns: Conviction only [ __ ]　　Sentence only　[ _ ]　　No [ __ ]

Date: **April 4, 2005**　　　　　　　　　　　　**Krishna R. Patel**
　　　　　　　　　　　　　　　　　　　　　　　　(Counsel for Appellant)
TO:
**Thomas Belsky, Esq.**　　　　　　　　　　　Address　**915 Lafayette Blvd.**
**Federal Public Defender's Office**　　　　　　　　　　　　**Bridgeport, CT 06604**
**2 Whitney Avenue, Ste. 300**
**New Haven, CT 06510**
　　　　ADD ADDITIONAL PAGE (IF NECESSARY)
　　　　　　　　　　　　　　　　　　　　　　　　Telephone **203-696-3041**

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER - Form B ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ √ ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>　Reason<br>　[ ___ ] Daily copy is available<br>　[ ___ ] U. S. Attorney has placed order<br>　[ ___ ] Other: Attached explanation | Prepare transcript of　　　　　　Dates<br>[ √ ] Prepare proceedings __12/21/2004_____<br>[ ___ ] Trial _____<br>[ ___ ] Sentencing _____<br>[ ___ ] Post-trial proceedings _____ |

The attorney certified that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FR AP10(b)).
Method of payment [ _____ ] Funds [ _____ ] CJA Form 24 [ _____ ]
**ATTORNEY'S SIGNATURE**　　　　　　　　　**DATE**

▶COURT REPORTER ACKNOWLEDGMENT　　　To be completed by Court Reporter and forwarded to Court of Appeals

| Date order received | Estimated complete date | Estimated number of pages |
|---|---|---|
| | Date　　　　　Signature _____<br>　　　　　　　　　　( Court Reporter) | |

## DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U. S. District Court
2. Copy to U. S. Attorney's Office
3. Copy to Defendant's Attorney

4. U. S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A. Rev. 10-02