UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
**CLERK**

FILED
2005 APR 29 P 2: 52

UNITED STATES COURT OF APPEALS
FILED
APR 15 2005
SECOND CIRCUIT

| | |
|---|---|
| Date: | 4/15/05 |
| Docket Number: | 05-1725-cr |
| Short Title: | USA v. Etienne |
| DC Docket Number: | 03-cr-190 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Janet Hall |

CRIMINAL APPEALS SCHEDULING ORDER #1
ADDRESS INQUIRIES TO (212) 857 - 8515

The Court noting that the United States of America has filed its notice of appeal on **04/04/2005**.

IT IS HEREBY ORDERED that the court reporter shall file with the Clerk of the District Court within 30 days from receipt of the transcript order those transcripts ordered pursuant to FRAP 10(b) (1). Any motions by the court reporter to extend the time to file the transcripts shall be made not less than 7 days before the transcripts are due, unless exceptional circumstances exist.

IT IS FURTHER ORDERED that counsel shall forward a copy of any amendment, correction, or supplement to the initial transcript order to this court and to the Clerk of the District Court forthwith.

IT IS FURTHER ORDERED that within ten (10) days of the filing of the notice or appeal, counsel shall take such steps as may be necessary to enable the Clerk of the District Court to assemble and prepare the record and index for transmission.  The index to the record on appeal, a certified copy of the docket entries, and the clerk's certificate shall be filed on **05/05/2005**. The documents constituting the record which shall not be transmitted until requested by this Court, but will be required within 24 hours of such request.

IT IS FURTHER ORDERED that ten (10) briefs and 10 copies of the appendix of the appellant shall be filed on or before **06/06/2005**.

IT IS FURTHER ORDERED that  in the event of default by appellant in timely filing the record or brief and appendix or upon default by appellant in complying with any other provision of this order, the appeal shall be dismissed.

IT IS FURTHER ORDERED that ten (10) copies of the brief of the appellee shall be served and filed on or before **07/06/2005**.

IT IS FURTHER ORDERED that the argument of the appeal may be heard no earlier than the week of **08/15/2005**. All counsel should immediately advise the Clerk by letter of the dates thereafter that they are unavailable for oral argument. The actual time and place of oral argument shall be separately noticed by the Clerk to counsel.

Dated:    4/15/2005

By: *[signature]*

Karen Scarangella
Deputy Clerk, USCA