# MANDATE

CTDC-NHCT
03-cr-190
HALL

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
----------------------------------X
UNITED STATES,

        Appellant
        ~~Petitioner~~,
                           STIPULATION AND ORDER OF
                           SETTLEMENT AND WITHDRAWAL

    -v.-                   Dkt. No. 05-1725-cr

RICARDO ETIENNE,

       Defendant-Appellee.
       ~~Respondent~~.
----------------------------------X

FILED AUG 8 2005 UNITED STATES COURT OF APPEALS SECOND CIRCUIT

IT IS STIPULATED AND AGREED, by and between the parties, that the above-captioned petition for review be, and hereby is, withdrawn with prejudice and without costs or attorney's fees to either party, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated: Bridgeport, Connecticut
       July 27, 2005

                           THOMAS BELSKY ESQ.
                           Attorney for Defendant
                           2 Whitney Avenue, Suite 300
                           New Haven, Ct. 06510
Dated: Bridgeport, Connecticut  (203) 498-4200
       ~~New York, New York~~
       July 30, 2005

                           KEVIN J. O'CONNOR
                           United States Attorney for the
                           District of Connecticut
                           Attorney for the United States
                 By:
                           KRISHNA R. PATEL
                           Assistant United States Attorney
                           915 Lafayette Boulevard

So Ordered:
                           Bridgeport, Connecticut 06604
                           Telephone: (203) 696-3000

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by
_____
Arthur M. Heller, Motions Staff Attorney

A/6 185 905

                     A TRUE COPY
        Roseann B. MacKechnie, CLERK

        by _____
                DEPUTY CLERK

                          CERTIFIED: 8/29/05